**Order entered July 11, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00206-CV

### H. JONATHAN COOKE, INDIVIDUALLY AND ON BEHALF OF ESCROW PARTNERS DALLAS, L.P., ET AL., Appellants

### V.

### ROBERT C. KARLSENG, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-02783-L**

## ORDER

Before the Court is appellants' July 9, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **July 25, 2018**.

/s/    ADA BROWN
         JUSTICE